UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ROSE ANN PAUL, | |
|---|---|
| Plaintiff, | Case No. C19-5126 RAJ |
| v. | **ORDER AMENDING THE SCHEDULING ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Amend the Scheduling Order, filed one business day before Defendant's response brief is due. Dkt. 15. The motion is based on counsel's declaration that he is requesting the extension for "workload reasons." Dkt. 16 at 1. This Court will grant the instant motion but advises counsel that his workload will not be sufficient grounds for further extensions of time.

DATED this 30th day of July, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1