IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROSE ANN PAUL, | § | |
| Plaintiff | § § § | |
| v. | § § § | CIVIL ACTION NO. 3:19-cv-05126-RAJ |
| COMMISSIONER OF SOCIAL SECURITY, | | ~~(Proposed)~~ Order Awarding Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) |
| | § § | |
| Defendant. | § | |

Before the Court is the Motion of Plaintiff, Rose Ann Paul, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

**IT IS HEREBY ORDERED** that **attorney fees and expenses** in the total amount of Six Thousand Three Hundred Seventy-Four Dollars and Forty-Five Cents ($6,374.45) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) **AND costs** in the total amount of Four Hundred Dollars ($400.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The Court hereby awards EAJA fees, broken down as follows:

1. Plaintiff is awarded 28.6 hours at $205.25 per hour for work performed in 2019 the amount of $5,870.15 for attorney's fees under 28 U.S.C. § 2412(d);

2. Plaintiff is awarded 6.5 hours at $75.00 per hour for work performed in the amount of $487.50 for Paralegal services.

3. Plaintiff is awarded $16.80 in expenses for Certified Mail for service of Summons and Complaint.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Edward A. Wicklund.

250 South Clinton Street
Suite 210
Syracuse, NY 13202

IT IS ORDERED.

Dated this 11th day of February, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge