The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ROSE ANN PAUL,** | **CV19-5126 RAJ** |
| **Plaintiff** | ~~**PROPOSED**~~ Order Awarding Attorney's Fees pursuant to Social Security Act Section 406(b)(1) |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

Before the Court is the Motion of Plaintiff, Rose Ann Paul, for award of attorney's fees pursuant to the Social Security Act Section 206(b)(1). Based on the pleadings as well as the position of the defendant commissioner, if any,

IT IS HEREBY ORDERED that attorney fees in the total amount of Ten Thousand Eight Hundred Sixty-Four Dollars and Fifty Cents ($10,864.50) pursuant to the Social Security Act Section 206(b)(1).

The check for attorney's fees shall be made payable to Plaintiff's attorney, Edward A. Wicklund and mailed to the following address:

250 South Clinton St.
Suite 210
Syracuse, NY 13202

Dated this 29th day of May, 2020.

The Honorable Richard A. Jones
United States District Judge